CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
Ariel Vento, Esq., SBN 311070
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
arielv@potterhandy.com

Attorneys for Plaintiff

SANJAY SABARWAL, Cal. Bar No. 212752
ZIBA, INC.
17832 Pioneer Boulevard
Artesia, CA, CA,90701
Telephone: 562.250.4471
Facsimile: 562.684.4107
Email: sanjay@zibabeauty.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Ziba Inc; and Does 1-10,** <br><br> Defendants | Case: 2:19-cv-10547-GJS <br><br> **Stipulation for Dismissal** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(ii) |

### **STIPULATION**

PLEASE TAKE NOTICE that Plaintiff BRIAN WHITAKER and Defendant ZIBA, INC. hereby stipulate to dismiss Plaintiff's remaining cause of action under the Americans with Disabilities Act, with prejudice. Each side agrees to bear their own attorneys' fees and costs as to the ADA claim.

| | |
|---|---|
| Dated: February 1, 2022 | CENTER FOR DISABILITY ACCESS |
| | By: __/s/ Ariel Vento_____ |
| | Ariel Vento |
| | Attorneys for Plaintiff |
| Dated: February 1, 2022 | ZIBA, INC. |
| | By: ___/s/ Sanjay Sabarwal_____ |
| | Sanjay Sabarwal |
| | Attorney for Defendants |